

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 24, 2019

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Joseph El-Khouri,**
             **19 Cr. 652 (JGK)**

Dear Judge Koeltl:

      The Government respectfully submits this letter to advise the Court that the above-captioned case was recently assigned to Your Honor. In addition, the Government wishes to advise the Court that the defendant was arrested in London on or about October 21, 2019, and the Government intends to seek his extradition to the United States. We will continue to advise the Court of any material updates.

                              Respectfully submitted,

                              AUDREY STRAUSS
                            Attorney for the United States Acting
                            Under Authority Conferred by 28 USC 515

            By:        /s/
                     Daniel Tracer / Richard Cooper
                     Assistant United States Attorneys
                     (212) 637-2329/1027